# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK GUZY,<br><br>   Plaintiff,<br><br>Vs.<br><br>MARY ANN GUZY,<br><br>   Defendant. | Case No.: 3:19-CV-00129-RCJ-CBC<br><br>ORDER |

  IT IS HEREBY ORDERED that Plaintiff shall serve Defendant Mary Ann Guzy with a copy of this order and the below enumerated docket entries on or before 5:00 P.M., Friday, March 8, 2019:

  1. Complaint (ECF No. 1);

  2. Motion for Temporary Restraining Order (ECF No. 7); and

  3. Motion for Preliminary Injunction (ECF No. 8).

  IT IS FURTHER ORDERED that Defendant shall file a response to the Motion for Temporary Restraining Order (ECF No. 7) on or before 5:00 P.M. Wednesday, March 13, 2019.

IT IS FURTHER ORDERED that oral argument is set for 1:30 P.M., Tuesday, March 19, 2019, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS SO ORDERED this 8th day of March, 2019.

_____
ROBERT C. JONES
Senior District Judge