# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARK GUZY, | Case No. 3:19-cv-00129-LRH-CBC |
| Plaintiff, | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| MARY ANN GUZY, | |
| Defendant. | |

Patrick H. O'Neill, Jr., Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Larson • King, LLP, with offices at 30 East Seventh Street, Suite 2800, Saint Paul, Minnesota, 55101, (651) 312-6575, poneill@larsonking.com.

2. That Petitioner has been retained personally or as a member of the law firm by Mary Ann Guzy to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since June 1990, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Minnesota where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Jurisdiction | License Number | Admitted |
|---|---|---|
| Minnesota State Court | 0207950 | May, 1990 |
| USDC, District of Minnesota | | June, 1990 |
| Wisconsin State Court | 1050255 | May, 2004 |
| Eighth Circuit Court of Appeals | | October, 1990 |
| United States Supreme Court | | December, 2003 |

5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada.

None.

7. That Petitioner is a member in good standing in the following Bar Associations.

Ramsey County Bar Association

Minnesota State Bar Association

American Bar Association

Federal Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: None.

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

The Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*/s/ Patrick H. O'Neill, Jr.*
Patrick H. O'Neill, Jr.

STATE OF MINNESOTA )
                   ) ss.
COUNTY OF RAMSEY   )

Patrick H. O'Neill, Jr., Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

                                                      */s/ Patrick H. O'Neill, Jr.*
                                                      Patrick H. O'Neill, Jr.

*SUBSCRIBED* and *SWORN* to before
me this 13th day of March, 2019.

*/s/ Kimberly A. Lewis*
Notary Public, Ramsey County, MN
My commission expires: 1/31/2020

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client to designate Danielle L. Christenson, attorney at law, a member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

    Heritage Law Group, P.C.
    1625 Highway 88, Ste. 304
    Minden, NV  89423
    (775) 782-0040
    danielle@heritagenevada.com

By this designation, the Petitioner and undersigned party agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Danielle L. Christenson as her Designated Resident Nevada Counsel in this case.

/s/ Mary Ann Guzy
Mary Ann Guzy

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Danielle L. Christenson
Danielle L. Christenson (Bar No. 4295)
Danielle@heritagenevada.com

APPROVED:

Dated: this 14th day of March, 2019.

_____
United States District Judge

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

PATRICK HENRY O'NEILL JR.

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 11, 1990

Given under my hand and seal of this court on

December 12, 2018

Emily J. Eschweiler, Director
Office of Lawyer Registration





# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Sheila T. Reiff
Clerk

## *CERTIFICATE OF GOOD STANDING*

*I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*PATRICK H. O'NEILL, JR.*

*was admitted to practice as an attorney within this state on May 17, 2004 and is presently in good standing in this court.*

Dated: December 13, 2018

SHEILA T. REIFF
Clerk of Supreme Court

# OFFICE OF
# LAWYERS PROFESSIONAL RESPONSIBILITY

1500 LANDMARK TOWERS
345 ST. PETER STREET
ST. PAUL, MINNESOTA 55102-1218

TELEPHONE (651) 296-3952
TOLL-FREE 1-800-657-3601

FAX (651) 297-5801

December 13, 2018

Mr. Patrick Henry O'Neill, Jr.
30 East Seventh Street, Suite 2800
St. Paul, MN 55101

Re: Request for Disciplinary History

Dear Mr. O'Neill:

This is in response to your request and authorization for release of information in connection with your application to the bar of another state.

Our records show that you have not been subject to discipline, either public or private, and are not currently under investigation.

<u>Policy regarding dismissed complaints</u>. Complaints dismissed with a determination that discipline is not warranted "shall not be disclosed to any person, office or agency except to the lawyer and as between the Committees, Board, Director, Referee or this Court in furtherance of their duties under these rules." *See* Rule 20(b), Rules on Lawyers Professional Responsibility (RLPR). Under this rule, we cannot inform third parties of any dismissed complaints. Our reply does not imply there have been any such complaints, as we respond uniformly without regard to whether there are no complaints or only dismissed complaints. In addition, please note that Rule 20(e)(1), RLPR, provides that the Director is to expunge records relating to dismissed complaints three years after dismissal.

If you need additional information or have further questions, within the limits stated above, please contact me.

Very truly yours,

Office of Lawyers Professional
Responsibility

By _Siama C. Brand_
Siama C. Brand
Senior Assistant Director

amh



# Supreme Court of Wisconsin

OFFICE OF LAWYER REGULATION
110 EAST MAIN STREET, SUITE 315
P.O. BOX 1648
MADISON, WI 53701-1648
www.wicourts.gov/olr

**DIRECTOR**
KEITH L. SELLEN

**DEPUTY DIRECTOR**
JULIE M. SPOKE

**Central Intake**
Direct Telephone: (608) 267-7274 - Ext. 1
Direct Toll Free: (877) 315-6941- Ext. 1
Fax: (608) 267-1959

**INVESTIGATORS:**
JONATHAN ZEISSER
CATHE J. HAHN
CYNTHIA SCHALLY
KATHRYN GALAROWICZ
TIMOTHY POODIACK

December 12, 2018

Attorney Patrick H. O'Neill, Jr.
Larson King LLP
30 East Seventh St., Suite 2800
St. Paul, MN 55101

Re: Admission Date: May 17, 2004
Wisconsin Bar ID No. 1050255

Dear Attorney O'Neill:

This is to certify that the undersigned is the Director of the Office of Lawyer Regulation, which is the Supreme Court agency responsible for attorney discipline and complaint records.

We have carefully examined our records and have determined that you have never been disciplined in the State of Wisconsin, nor are there any pending disciplinary proceedings against you. Moreover, no complaints or grievances have been filed against you, which are under investigation by our agency, and you are active and in good standing regarding your license to practice law in Wisconsin.

Very truly yours,

Keith L. Sellen
Director

KLS:jmb