**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK GUZY, | Case No. 3:19-cv-00129-LRH-CBC |
| Plaintiff, | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| MARY ANN GUZY, | |
| Defendant. | |

Keith A. Dotseth, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Larson • King, LLP, with offices at 30 East Seventh Street, Suite 2800, Saint Paul, Minnesota, 55101, (651) 312-6575, kdotseth@larsonking.com.

2. That Petitioner has been retained personally or as a member of the law firm by Mary Ann Guzy to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since October, 1990, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Minnesota where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Courts of Appeal, and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Jurisdiction | License Number | Admitted |
|---|---|---|
| USDC for the District of Minnesota | 210304 | October, 1990 |
| USDC for the Western District of Wisconsin | No bar number | August, 2004 |
| USDC for the District of Columbia | W10017 | December, 2010 |
| USDC for the Northern District of New York | 517832 | October, 2012 |
| USDC for the Southern District of Ohio | PHV002 | 2011 |
| USDC for the Western District of Michigan | No bar number | June, 2015 |
| U.S. Court of Appeals for the First Circuit | 1162045 | January, 2014 |
| U.S. Court of Appeals for the Third Circuit | No bar number | May, 2002 |
| U.S. Court of Appeals for the Eighth Circuit | 04-0429 | August, 2004 |

5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada.

None.

7. That Petitioner is a member in good standing in the following Bar Associations.

Ramsey County Bar Association

Minnesota State Bar Association

American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: None.

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

The Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*/s/ Keith A. Dotseth*
Keith A. Dotseth

STATE OF MINNESOTA )
                   ) ss.
COUNTY OF RAMSEY   )

Keith A. Dotseth, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

                                    */s/ Keith A. Dotseth*
                                    Keith A. Dotseth

*SUBSCRIBED* and *SWORN* to before
me this 13th day of March, 2019.

*/s/ Kimberly A. Lewis*
Notary Public, Ramsey County, MN
My commission expires: 1/31/2020

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client to designate Danielle L. Christenson, attorney at law, a member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

   Heritage Law Group, P.C.
   1625 Highway 88, Ste. 304
   Minden, NV  89423
   (775) 782-0040
   danielle@heritagenevada.com

By this designation, the Petitioner and undersigned party agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Danielle L. Christenson as her Designated Resident Nevada Counsel in this case.

*/s/ Mary Ann Guzy*
Mary Ann Guzy

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Danielle L. Christenson*
Danielle L. Christenson (Bar No. 4295)
Danielle@heritagenevada.com

APPROVED:

Dated: this 14th day of March, 2019.

_____
United States District Judge

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

KEITH A. DOTSETH

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 26, 1990

Given under my hand and seal of this court on

March 13, 2019

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration