# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARK GUZY, | ) | Case No.: 3:19-CV-00129-RCJ-CBC |
|         Plaintiff, | ) | |
| vs. | ) | ORDER SETTING STATUS HEARING |
| MARY ANN GUZY, | ) | |
|         Defendant. | ) | |

The Court entered a stay of proceedings (ECF No. 39) pending the outcome in *Guzy v. Arbor Company LLP et al. and Guzy,* Case No. 12-CV-0300, Ninth Judicial District Court, Douglas County, Nevada. On July 15, 2019, the Douglas Court entered Final Judgment in favor of Mary Ann Guzy and against Mark Guzy. Mark Guzy was directed to pay Mary Ann Guzy a total of $2,523,382.81, plus any and all applicable interest or additional sanctions accrued after June 21, 2019, pursuant to the arbitration awards. Accordingly,

**IT IS THEREFORE ORDERED** that a Status Hearing is set for 10:00A.M., Tuesday, August 30, 2022, in Reno Courtroom 3, before Judge Robert C. Jones.

**IT IS FURTHER ORDERED** the parties shall file a Joint Status Report with the Court on or before 5:00P.M., Tuesday, August 23, 2022.

**IT IS SO ORDERED** this 9th day of August, 2022.

_____
ROBERT C. JONES
United States District Judge