# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK GUZY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MARY ANN GUZY,<br><br>　　　　　　Defendant. | Case No. 3:19-cv-00129-RCJ-CLB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**(Status conference scheduled for August 20, 2022)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Mark Guzy and Defendant Mary Ann Guzy, through their respective counsel of record, as follows:

On April 24, 2019, this Court stayed the present case pending the outcome of a related case in a Nevada state court. A final judgment was entered in the state court case, and the parties filed a satisfaction of judgment. Thus, the state court case is fully resolved, and there are no pending disputes between the parties regarding the present federal case.

Accordingly, the parties hereby stipulate that the above-entitled action may be dismissed in its entirety, with prejudice.

| | |
|---|---|
| Dated: August 10, 2022 | Dated: August 10, 2022 |
| **LEMONS, GRUNDY & EISENBERG**<br>6005 Plumas St., Third Floor<br>Reno, Nevada 89519 | **LARSON KING LLP**<br>30 E. Seventh St., Ste. 2800<br>Saint Paul, MN  55101 |
| By: */s/ Robert L. Eisenberg*<br>　　Robert L. Eisenberg<br>　　Counsel for Plaintiff | By: */s/ Keith A. Dorseth*<br>　　Keith A. Dorseth (Pro Hac Vice)<br>　　Counsel for Defendant |

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

# **ORDER**

Pursuant to foregoing Stipulation for Dismissal with Prejudice,

IT IS HEREBY ORDERED that the above-entitled matter may be, and hereby is, dismissed with prejudice.

IT IS FURTHER ORDERED that the status conference scheduled for August 30, 2022, is hereby vacated.

SO ORDERED.

Dated this 16th day of August, 2022.

_____
HON. ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2